**Abatement Order filed November 29, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00810-CV

———————

## DONALD GRETHER, PAUL A. HEINIG, REBECCA ANN, INC. AND PLANTATION HEALTH CARE, INC., Appellants

### V.

## SUNSET NURSING HOME, INC., Appellee

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 72817**

## ABATEMENT ORDER

Notice was filed on November 23, 2016, that appellant Paul A. Heinig is in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on November 23, 2016, appellant Heinig petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas under case number 16-80379. A bankruptcy suspends the appeal from the date when the bankruptcy petition is

filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM